UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 08-63M |
| : | |
| KENNETH YOUNG, : | |
| : | |
| : | |
| Defendant. : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Kenneth Young, in the above-captioned matter.

   /s/   *Eleni Kousoulis*
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED: March 25, 2008