IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
)
        Plaintiff, )
)
    v. ) CASE NO.: 08-63-M
)
Kenneth Young, )
)
)
        Defendant. )

O R D E R

    WHEREAS, this matter came before this Court on March 27th 2008 for the purpose of a preliminary hearing; and

    WHEREAS, the United States has produced sufficient evidence to convince the undersigned that there is probable cause to believe that an offense has been committed by the defendant against the laws of the United States;

    IT IS ORDERED, that the defendant is held to await further action by the court.

Dated: 3/27/2008

                                      _____
                                      Honorable Mary Pat Thynge
                                      United States Magistrate Judge